Decided September 9, 1999

### NANNETTE D'APICE *v.* MICHAEL D'APICE

The defendant's petition for certification for appeal from the Appellate Court, 54 Conn. App. 901 (AC 18370), is denied.

*Laura A. Klein*, in support of the petition.

*Marcus G. Organschi*, in opposition.

Decided September 9, 1999